RUTH H. VAN COURT v. BENJAMIN F. JAY et al., Individually and as Copartners under the Name of B. F. JAY & COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante,* p. 824.]

In the Matter of the Arbitration between HARRY J. GRUBER and ALBERT SHUMAN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *ante,* p. 818.]

## SECOND DEPARTMENT, JUNE, 1945.

### (June 4, 1945.)

CHARLES L. FELTMAN et al., Respondents-Appellants, v. JOHN G. WARD et al., as Trustees under the Will of WILLIAM J. WARD, Deceased, et al., Appellants-Respondents, and CITY OF NEW YORK, Respondent.— Motion to amend decision by allowing costs on affirmance of judgment, insofar as appealed from by plaintiffs, denied, without costs. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 786; *post,* p. 865.]

In the Matter of the Accounting of BERNARD B. LEIGHT et al., as Executors of and Trustees under the Will of ISAAC LEIGHT, Deceased. BERNARD B. LEIGHT, as Executor of and Trustee under the Will of ISAAC LEIGHT, Deceased, Appellant; IRENE L. NATELSON et al., as Executors of and Trustees under the Will of ISAAC LEIGHT, Deceased, et al., Respondents.— Motion for permission to submit original papers denied, without costs. Motion for reargument and for other relief denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 786.]

MARVIN JESSIE, Respondent, v. KELLY-MUTUAL CREDIT CLOTHING Co., INC., Sued Herein as KELLY-MUTUAL INCORPORATED, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Johnston, Adel and Aldrich, JJ.; Lewis, J., not voting.

DAGMAR JOHNSON, Respondent, v. GUNNAR JOHNSON, Appellant.— Motion for reargument denied, without costs. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 782.]

KATHERINE K. LYNCH, Respondent, v. CITY OF BEACON, Appellant.— Motion for reargument denied, with $10 costs. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 757.]